UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JEREMIAH RUSH | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:26-CV-125-DPJ-ASH |
| USAA CASUALTY INSURANCE COMPANY | DEFENDANT |

ORDER

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Andrew S. Harris. R&R [16]. Judge Harris recommends dismissing Plaintiff's complaint without prejudice for failure to comply with court orders and to participate meaningfully in this litigation. This Court agrees and will adopt the recommendation.

Rush has failed to comply with court orders on three occasions. Specifically, as detailed in the R&R, Judge Harris entered an Order on April 16, 2026, setting the case for an in-person case-management conference. R&R [16] at 1. Rush did not appear at the conference. Judge Harris then entered an order to show cause that directed Rush to appear in person for a hearing on June 5, 2026. *See* Order [10] at 4. Again, Rush failed to appear.

Finally, on June 29, 2026, Rush filed a motion to be excused from missing previous hearings, to permit his participation in future hearings remotely, and for appointment of counsel. *See* Mot. [13]. Judge Harris set part of Rush's motion for a show-cause hearing and noted the failure to appear would result in a recommendation that "the case be dismissed." Order [15] at 4. Once again, Rush failed to appear at the show-cause hearing.

On this record, Judge Harris concluded that dismissing Rush's complaint was warranted. *See* R&R [16] at 4. Rush filed no objections, and the time to do so has passed. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the

record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Finding no clear error, the Court accepts the well-reasoned recommendation of Judge Harris.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Andrew Harris is adopted as the finding and holding of this Court. This action is dismissed without prejudice. USAA shall file any motion for expenses under Rule 16(f)(2) within 14 days. A separate judgment will be entered in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 2nd day of October, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE